1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   (PPrevolos@mofo.com)
2  ANDREW D. MUHLBACH (CA SBN 175694)
   (AMuhlbach@mofo.com)
3  ALEXEI KLESTOFF (CA SBN 224016)
   (AKlestoff@mofo.com)

**E-Filed 7/2/2009**

4
   MORRISON & FOERSTER LLP
5  425 Market Street
   San Francisco, California 94105-2482
6  Telephone: 415.268.7000
   Facsimile: 415.268.7522
7
   Attorneys for Defendant
8  APPLE INC.

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13

14  DEBORAH J. VAIL,                      Case No.   C-09-01649 JF
    on behalf of themselves and
15  those similarly situated,             **STIPULATION AND
                                          [PROPOSED] ORDER
16                    Plaintiff,          CHANGING DATE FOR CASE
                                          MANAGEMENT CONFERENCE**
17            v.

18  APPLE INC.,

19                    Defendant.

20

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-09-01649 JF
sf-2704081

1  Pursuant to Civil Local Rules 6-2 and 7-12, the parties, by and through their respective
2  counsel, hereby stipulate as follows:
3  WHEREAS, a Case Management Conference is currently scheduled for August 21, 2009;
4  WHEREAS, the hearing on Apple's Motion to Dismiss is set for August 14, 2009;
5  WHEREAS, the hearing on Apple's Motion to Dismiss and the initial Case Management
6  Conference in the related case *Berenblat, et al. v. Apple, Inc.*, No. C-08-04969 JF, are also set for
7  August 14, 2009;
8  WHEREAS, the parties believe it would be more efficient to hold the Case Management
9  Conference in this case concurrently with the hearing on Apple's motions and with the Case
10 Management Conference in *Berenblat*;
11 WHEREAS, the continuance will not have an effect on the schedule for the case;
12 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO
13 THE APPROVAL OF THE COURT:
14 1.  The Case Management Conference is moved to August 14, 2009.

15 Dated: June 30, 2009            MORRISON & FOERSTER LLP

                                  By:  /s/ Penelope A. Preovolos
17                                      Penelope A. Preovolos

18                                      Attorneys for Defendant
                                        APPLE INC.
19

20 Dated: June 30, 2009            GIRARD GIBBS LLP

21
                                  By:  /s/ Eric H. Gibbs
22                                      Eric H. Gibbs

23                                      Attorneys for Plaintiff
                                        DEBORAH VAIL
24
   I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file
25 this Stipulation.  In compliance with General Order 45, section X.B., I hereby attest that I have on
   file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this
26 efiled document.
                                  By:    /s/ Penelope A. Preovolos
27                                        Penelope A. Preovolos

28

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-09-01649 JF                                                                    1
sf-2704081

1  **PROPOSED ORDER**

2

3       PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5       Dated: July _1_, 2009

6

7                                               _____
                                                The Honorable Jeremy Fogel
8                                               United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE BY MAIL**
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**STIPULATION AND [PROPOSED] ORDER CHANGING
DATE FOR CASE MANAGEMENT CONFERENCE**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

Douglass J. McNamara
Cohen Mistein Hausfeld & Toll PLLC
1100 New York Avenue, Suite 500
Washington D.C. 20005-3964

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 30th day of June, 2009.

| Mia R. Gimenez | /s/ Mia Gimenez |
|---|---|
| (typed) | (signature) |

**ATTESTATION OF E-FILED SIGNATURE**

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Certificate of Service. In compliance with General Order 45, X.B., I hereby attest that Mia Gimenez has read and approved this Certificate of Service and consents to its filing in this action.

Dated: June 30, 2009.

MORRISON & FOERSTER LLP

/s/ Penelope A. Preovolos
Penelope A. Preovolos

CERTIFICATE OF SERVICE
CASE NO. C-09-01649 JF
sf-2707149

1